James Sloan, Appellant, v. Grace F. Beard, Respondent.— Motion to resettle order granted. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Amelia P. Stanton, Appellant, v. Ralph Granger, Respondent, Impleaded with Edmund Thelan, Defendant.— Motion for leave to appeal to the Court of Appeals granted. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ. Settle order before Mr. Justice Woodward.

John J. Tierney, Appellant, v. Helvetia Swiss Fire Insurance Company, Respondent.— Order resettled. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

John J. Tierney, Appellant, v. Helvetia Swiss Fire Insurance Company, Respondent.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Henry Becher, Appellant, v. William P. Schmitt, Respondent.— Judgment and order affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Aaron P. Bliss and William G. Van Auken, Respondents, v. Morris Levy, Defendant, Impleaded with Carl Weinberg, Sued as Abraham Weinberg, and Baruch Miller, Appellants.— If the case was dismissed on the return day because of the failure of the plaintiffs to appear, the judgment appealed from was rendered without jurisdiction; but on the appeal from the judgment the return is conclusive, and that states that the case was adjourned on the return day. The notice of appeal states that the appeal is also from an order denying a motion to vacate said judgment entered on the 2d day of January, 1908, but no such order is returned to this court. There is a memorandum of a decision indorsed on the papers, but no order. This is another illustration of the laxity which so frequently occurs in the making of returns to this court on appeals from the Municipal Court. The judgment of the Municipal Court is affirmed, with costs, and the appeal from the alleged order is dismissed. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Melville W. C. Bryant, Respondent, v. Carl Berg, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Frances L. Buchanan, Respondent, v. The Brooklyn Heights Railroad Company and The Nassau Electric Railroad Company, Appellants.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery of damages to the sum of $5,000, in which case the judgment as modified is unanimously affirmed, without costs of this appeal to either party. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

William P. Carey, Respondent, v. Max Silberstein and Hyman Silver, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

City of Middletown, Respondent, v. The Ætna Indemnity Company of Hartford, Connecticut, Appellant, Impleaded with Thomas M. Lesher and Others.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.